IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT DICKERSON,**

        **Plaintiff,**

v.

**PILOT TRAVEL CENTERS LLC,**

        **Defendant.**

Case No. 25-CV-00522-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of May 27, 2025 (Doc. 8), this matter is **DISMISSED without prejudice**.

**DATED: May 27, 2025**

                              **MONICA A. STUMP,**
                              **Clerk of Court**


                              By: *s/ Jackie Muckensturm*
                                  **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
            **STEPHEN P. MCGLYNN**
            **U.S. District Judge**